3784.  CHANCE v. SOUTHERN RAILWAY COMPANY.

POTTLE, J.  1. Where a motion for a new trial was dismissed, and subse-
quently an order was passed vacating the dismissal and reinstating the
motion, and where thereafter the motion was overruled and this last judg-
ment was reversed by the Court of Appeals, and a new trial ordered, the
respondent in the motion can not, on the second trial of the case, by a
motion to "dismiss the case," for the first time call in question the
validity of the order reinstating the motion.

2. The evidence in the present record being substantially different from
that introduced on the former trial (*Southern Ry. Co.* v. *Chance*, 7 *Ga.
App.* 650, 67 S. E. 836), and there being evidence on the present trial
which was not introduced on the first trial, from which the jury could
find that the noise made by the engine was both unusual and unneces-
sary, a nonsuit should not have been granted.

*Judgment reversed.*

HILL, C. J., dissenting.  I do not think that the plaintiff materially
strengthened his case by the additional evidence as to the character of
the noise made by the engine; and, in my opinion, the present case is
controlled by the prior decision of this court.

DECIDED MARCH 6, 1912.

Action for damages; from city court of Carrollton—Judge Beall. September 14, 1911.

*C. E. Roop, S. Holderness,* for plaintiff.

*Maddox, McCamy & Shumate, S. J. & B. F. Boykin, W. P. Cole,* for defendant.